≤AO83  (Rev. 12/85) Summons in a Criminal Case

FILED  
Clerk  
District Court  
DEC - 7 2006  
For The Northern Mariana Islands  
By_____  
(Deputy Clerk)

# United States District Court
## District of the Northern Mariana Islands

UNITED STATES OF AMERICA  
V.

JOAQUIN DELA CRUZ CANGCO,

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: CR-00-00017-001

(Name and Address of Defendant)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|---|
| | | Date and Time<br>December 7, 2006 at 1:30 pm |
| Before: | Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)  
☐ Indictment  ☐ Information  ☐ Complaint  ☑ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __3583__

Brief description of offense:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition | Defendant failed to refrain from committing a federal, state, or local crime. |
| Special Condition #5 | Defendant failed to refrain from the use of any and all alcoholic beverages. |

_____  _12-6-06_  
Signature of Issuing Officer   Date

Alex R. Munson, Chief Judge  
Name and Title of Issuing Officer

✎AO83    (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]    Date  12/06/06 |
| Check one box below to indicate appropriate method of service |
| ☑ Served personally upon the defendant at: _TANAPAG_ |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____ |
| ☐ Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12/06/06
           Date

JOAQUIN L.G. SALAS (ACTING)
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.