PROB 12B
(7/93)

# United States District Court

for

District of the Northern Mariana Islands

F I L E D
Clerk
District Court

SEP -8 2008

For The Northern Mariana Islands

By_____
(Deputy Clerk)

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  **Joaquin Dela Cruz Cangco**      Case Number:  **CR 00-00017-001**

Name of Sentencing Judicial Officer:   Honorable Alex R. Munson

Date of Original Sentence:    November 14, 2000

Original Offense:   Two Counts of Interference with Commerce by Robbery, 18 U.S.C. § 1951

Original Sentence:   48 months imprisonment followed by three years of supervised release with the following conditions: obey all federal, state, and local laws; comply with the standard conditions of supervised release; not possess a firearm or dangerous weapon; not use or possess illegal controlled substances; submit to one urinalysis within 15 days after release from imprisonment and two more urinalysis within 60 days thereafter; refrain from alcohol; participate in a substance abuse program for treatment of narcotic addiction or drug or alcohol dependency; undergo a mental health assessment and submit to recommended treatment as a result of that assessment; obtain and maintain gainful employment; perform 300 hours of community service; pay restitution in the amount of $6,717 jointly and severally with co-defendants; and pay a special assessment fee of $200. **Modified on June 23, 2004** to include a sanction of 100 hours community service. **Modified on May 18, 2006** to include that the defendant submit up to eight drug tests per month at the direction of the U.S. Probation Office. **Revoked on December 8, 2006** for one day with two years of supervised release to follow. **Amended on May 9, 2008** to include a sanction of 50 hours of community service.

Type of Supervision:  Supervised Release      Date Supervision Commenced:  February 11, 2004

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ years, for a total term of _____ years.

[X]  To modify the conditions of supervision as follows:

   The defendant shall report to the U.S. Probation Office for three hours a week for three weeks to complete a typing tutorial under the direction of the U.S. Probation Officer.

Report for Modifying the
Conditions or Term of
Supervision with Consent of
Offender    page 2

## CAUSE

On August 12, 2008, this officer visited Mr. Cangco at his residence and requested that he submit to a random drug test. Mr. Cangco insisted he could not produce a urine sample and asked to report to the probation office the following day.

On August 13, 2008, Mr. Cangco reported to the U.S. Probation Office and submitted to a drug test, which was presumptive positive for the presence of methamphetamine and amphetamine. Mr. Cangco admitted that he smoked "ice" during the morning hours of August 12, 2008 and signed an Admission of Drug Use form. He explained that he was under a great deal of stress and had no other method of dealing with his frustration.

Mr. Cangco, who had previously completed the one year drug program on December 15, 2007, was referred back to Marianas Psychiatric Services (MPS) for counseling and drug testing. He had In addition, he agreed to a modification of this supervised release to include that he report to the U.S. Probation Office for three hours a week for a total of three weeks to complete a typing tutorial in order to improve his marketable job skills. He signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, which is attached.

Mr. Cangco has been relatively compliant. He is currently attending adult education classes in an effort to obtain his high school diploma. He continues to struggle in his search for employment and has been unable to pay his restitution. Mr. Cangco reports to the probation office monthly and has satisfied a majority of his outstanding conditions. Further violations will be reported to the Court immediately.

Reviewed by:

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader
Date: 9/8/2008

Respectfully submitted,

by:

MELINDA N. BRUNSON
U.S. Probation Officer
Date: 9/8/08

## THE COURT ORDERS

☐ No Action
☐ The Extension of Supervision as Noted Above.
☒ The Modification of Conditions as Noted Above.
☐ Other    Issuance of a: ☐ Summons ☐ Warrant

Alex R. Munson
Chief Judge
District Court of the Northern Mariana Islands

9-8-08
Date

PROB 49
(3/89)

# United States District Court

U.S. District Court    **District**    Northern Marianas Islands

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

- The defendant shall report to the U.S. Probation Office for three hours a week for three weeks to complete a typing tutorial under the direction of the U.S. Probation Officer.

Witness: _Melinda N. Brunson_    Signed: _Joaquin DLC. Cangco_
U.S. Probation Officer                    Probationer or Supervised Releasee

_9/4/08_
Date